No. 03–7922.   HARRIS *v.* UNITED STATES, 540 U. S. 1156;

No. 04–6006.   DAMES *v.* UNITED STATES, 543 U. S. 1057; and

No. 04–6014. BURNS *v.* UNITED STATES, 543 U. S. 1123. Motions for leave to file petitions for rehearing denied.